REVERSE the order granting the motion to dismiss AND
 REMAND this matter to the district court for further proceedings
 consistent with this order.'

 J.

 J.

 CHERRY, J., concurring:
 For the reasons stated in the SFR Investments Pool 1, LLC v.
 U.S. Bank, NA, 130 Nev. , 334 P.3d 408 (2014), dissent, I disagree
 that respondent lost its lien priority by virtue of the homeowners
 association's nonjudicial foreclosure sale. I recognize, however, that SFR
 Investments is now the controlling law and, thusly, concur in the
 disposition of this appeal.

 Cherry
 akarave
 cc: Hon. Kathleen E. Delaney, District Judge
 Law Offices of Michael F. Bohn, Ltd.
 Wright, Finlay & Zak, LLP/Las Vegas
 Tiffany & Bosco, P.A.
 Eighth District Court Clerk

 'The injunction imposed by our February 12, 2014, order is vacated.

SUPREME COURT
 OF
 NEVADA
 2
(0) 1947A e(r)